Sharon L. Hemphill (Tex. 09413750) (per *Pro Hac Vice*)
Sharon Hemphill & Assoc. and Litigation Partners
P.O. Box 11210
Spring, Tx  77391
Phone: (713) 653-3122
Email: shemphill365law@aol.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles Division**

| | | |
|---|---|---|
| NINA IMMERS, as REP. OF THE ESTATE OF JOHN GARDNER, DECEASED | § § § § § | |
| Plaintiff | § § | CASE NO: 2:23-cv-08747-MWF-PVC |
| V. | § § § | COMPLAINT<br>28:1332 Diversity-Wrongful Death |
| LIFE ALERT EMERGENCY RESPONSE, INC. | § § § | |
| Defendant | § | |

**MOTION TO DISMISS CASE, TO VACATE SETTINGS, and NOTICE OF SETTLEMENT**

**To the Hon. Judge of Said Court:**

COMES NOW, Plaintiff, NINA IMMERS, Plaintiff, individually, and on behalf of the

ESTATE OF JOHN GARDNER, DECEASED who respectfully files this Motion To

Dismiss Case,  To Vacate Settings, And Notice Of Settlement.

The parties have completed the settlement, and nothing more is required.

Plaintiff expresses deep appreciation for the Court's assistance. In the interest of judicial

36  the parties engaged in discussions and recently finalized agreement on all issues.

37  Therefore, the parties notify the court that the hearing scheduled March 18, 2024, will not

38  be necessary, and the Court may dismiss this case.

39  **PRAYER FOR RELIEF**

40  WHEREFORE, Plaintiff, individually, and on behalf of the Plaintiff, respectfully requests

41  all relief requested, that the court vacate the hearing and dismiss this case.

42  Respectfully submitted,

43  /s/ *Sharon Hemphill*
44  Sharon Hemphill
Litigation Partners &
Sharon Hemphill & Associates
PO 11210
Spring, TX 77391
Texas Bar no: 09413750, *pro hac vice, on file*
Telephone: (713) 653-3122
E-mail: shemphill365law@aol.com
Lead Attorney

W. Mark Lanier
W. Mark Lanier, Esq
The Lanier Law Firm, P.C.
The Lanier Law Firm, PC
10940 W Sam Houston Pkwy N Suite 100,
Houston, TX 77064
Telephone: (713) 659-5200
Texas Bar No: 11934600

Michael A Akselrud
The Lanier Law Firm, P.C.
2829 Townsgate Rd, Suite 100
Westlake Village, CA  91361
Telephone: 310-277-5100
E-mail: michael.akselrud@lanierlawfirm.com
California Bar No. 285033

Attorneys for Plaintiff, Nina Immers &
as Rep. for the Estate of John Gardner

**Certificate of Service**

I certify that the foregoing pleading is being electronically filed with the clerk of the Court for the United States District Court for the Central District of California, the Los Angeles Division, using the electronic case filing system of the Court on 3-12-24. The undersigned affirms that co-counsel attorney, per PHV, is admitted to practice in this Court, and all opposing counsel consented to accept a notice of electronic filing and receipt of service of this document by electronic means:

Thompson, Coe, Cousins & Irons, LLP
William R. Moye
Texas Bar No: 24027553
E-mail: wmoye@thompsoncoe.com
Maria Del Puerto Fernandez Sanchez
Texas Bar No: 24093432
E-mail: MFernandezSanchez@thompsoncoe.com
One Riverway, Suite 1400
Houston, TX 77056
Telephone: 713-403-8210
Facsimile:. 713-403-8299

Dicker & Dicker, LLP
Hagar Cohen, Esq.
4580 E. Thousand Oaks Blvd., Suite 350
Westlake Village, California 91362
Telephone:  (805) 373-1000
Facsimile:.  (805) 373-1005
E-Mail: HCohen@dickerlaw.com
Attorneys for Defendant


on 3-12-24. /s/ *Sharon Hemphill*