# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## Los Angeles Division

| | |
|---|---|
| NINA IMMERS, as REP. OF THE ESTATE OF JOHN GARDNER, DECEASED § § § § | |
| | CASE NO: 2:23-cv-08747-MWF-PVC |
| Plaintiff § § | COMPLAINT |
| | 28:1332 Diversity-Wrongful Death |
| V. § § | |
| LIFE ALERT EMERGENCY RESPONSE, INC. § § § | |
| Defendant § | |

## ORDER OF DISMISSAL

On this day the Court considered the Motion to Dismiss, et al, filed by Plaintiff. After considering the evidence, the Court finds good cause to GRANT the motions to vacate all remaining settings and to Dismiss the case.

Therefore, IT IS ORDERED that all remaining settings are hereby vacated and this case is DISMISSED.

SIGNED: _____

                 _____
                 PRESIDING JUDGE

*Approved as to form only:*
/s/ *Sharon Hemphill*
Sharon Hemphill

Litigation Partners &
Sharon Hemphill & Associates
PO 11210
Spring, TX 77391
Texas Bar no: 09413750, *pro hac vice, on file*
Telephone: (713) 653-3122
E-mail: shemphill365law@aol.com
Lead Attorney